IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:16CR3031 |
| vs. | |
| MONROE WHITFIELD III, | ORDER |
| Defendant. | |

Defendant is released subject to the following:

1) Defendant shall appear at a revocation hearing to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:30 a.m. on October 5, 2018

2) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and the following additional conditions:

    a. You must not purchase or possess, use, distribute, or administer any alcohol, just the same as any other narcotic or controlled substance.

    b. Complete an updated substance abuse evaluation, and satisfactory complete any treatment recommendations contained therein.

July 5, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge