IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:16CR3031 |
| vs. | |
| MONROE WHITFIELD, III, | ORDER |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Supervised Release Violation Hearing (filing 18) is granted.

2. Defendant Monroe Whitfield's violation of supervised release hearing is continued to January 11, 2019, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 3rd day of October, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge