IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:16-CR-3031 |
| vs. | ORDER |
| MONROE WHITFIELD, | |
| Defendant. | |

IT IS ORDERED:

1. The plaintiff's Motion to Dismiss (filing 21) is granted.

2. The petition for offender under supervision (filing 5) is dismissed.

3. The February 1, 2019 hearing is cancelled.

4. Even though the arrest warrant issued has been executed, any further action on the warrant is cancelled.

Dated this 10th day of January, 2019.

BY THE COURT:

John M. Gerrard
United States District Judge